Order Form (01/2005)

# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Samuel Der-Yeghiayan | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 11 C 2773 | **DATE** | 6/28/2011 |
| **CASE TITLE** | Robert Wyatt (B-72339) vs. Thomas Dart, et al. | | |

**DOCKET ENTRY TEXT**

For the reasons stated below, Plaintiff's second motion for leave to proceed in forma pauperis [6] is denied. Plaintiff's motion for appointment of counsel [7] is denied. Since Plaintiff failed to file an accurately and properly completed *in forma pauperis* application form by June 22, 2011, this case is dismissed. All pending dates and motions are hereby stricken as moot. Civil case terminated.

■[ For further details see text below.]   Docketing to mail notices.

## STATEMENT

This matter is before the court on Plaintiff Robert Wyatt's (Wyatt) second motion for leave to proceed *in forma pauperis* and second motion for appointment of counsel. On May 25, 2011, this court denied Wyatt's first motion for leave to proceed *in forma pauperis*. The court gave Wyatt until June 22, 2011 to either pay the filing fee or file an accurately and properly completed *in forma pauperis* application form with the required certified copy of his trust fund account statement. Wyatt was warned that if he failed to pay the filing fee or file an accurately and properly completed *in forma pauperis* application form with the required certified copy of his trust fund account statement by June 22, 2011, this case would be dismissed.

In regard to Wyatt's second motion for leave to proceed *in forma pauperis*, Wyatt has filed only the first and last page of the *in forma pauperis* application form for proceeding in the Northern District of Illinois. Wyatt has failed to provide necessary information such as his income from any source and his assets that would enable the court to properly evaluate his financial status. Therefore, since Wyatt failed to file an accurately and properly completed *in forma pauperis* application form by June 22, 2011, this case is dismissed.

Wyatt also moves again for an appointment of counsel. After considering the pertinent factors, this

| STATEMENT |
|---|
| court finds that Wyatt has not shown that an appointment is warranted and the motion is denied. *Pruitt v. Mote*, 503 F.3d 647, 654, 661 (7th Cir. 2007). Therefore, the motion for appointment of counsel is denied. |